**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Ronald M. Horwitz (005655)
rmh@jaburgwilk.com
Janessa E. Koenig (018618)
jek@jaburgwilk.com

Attorneys for Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ROBERT DIAMOND a/k/a ROBERT NATHAN DIAMOND and JUDITH DIAMOND a/k/a JUDITH LYNN DIAMOND,<br><br>Debtors.<br><br>WELLS FARGO BANK, N.A.,<br><br>Movant,<br><br>vs.<br><br>ROBERT DIAMOND a/k/a ROBERT NATHAN DIAMOND and JUDITH DIAMOND a/k/a JUDITH LYNN DIAMOND, Debtors, and RUSSELL BROWN, Trustee,<br><br>Respondents. | In Proceedings Under Chapter 13<br><br>Case No. 2:13-bk-12195-DPC<br><br>**ORDER MODIFYING AUTOMATIC STAY**<br><br>Property Address: 8108 E. Thorntree Dr. Scottsdale, Arizona 85266 |

Pursuant to the foregoing Stipulation of the parties, and good cause appearing,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. §362 and any injunction arising under 11 U.S.C. §524 be and are lifted and vacated with respect to both the Estate's and the Debtors' interests in the property real property located at 8108 E. Thorntree Dr., Scottsdale, Arizona 85266 ("the Property"), and legally described as follows:

40543-40543-91430\JEK\JEK\1476622.1

Case 2:13-bk-12195-DPC   Doc 94   Filed 09/16/14   Entered 09/16/14 15:45:45   Desc
Main Document    Page 1 of 2

A PARCEL OF LAND SITUATED IN THE STATE OF ARIZONA, COUNTY OF MARICOPA, WITH A STREET LOCATION ADDRESS OF 8108 E THORNTREE DR; SCOTTSDALE, AZ 85266-1309 CURRENTLY OWNED BY ROBERT N DIAMOND AND JUDITH L DIAMOND HAVING A TAX IDENTIFICATION NUMBER OF 216-47-134 AND BEING THE SAME PROPERTY MORE FULLY DESCRIBED IN BOOK/PAGE OR DOCUMENT NUMBER 1030486 DATED 7/25/2003 AND FURTHER DESCRIBED AS WESTLAND ESTATES MCR 451-50.

IT IS FURTHER ORDERED that Wells Fargo may not conduct or complete a foreclosure / Trustee's Sale of the Property prior to March 1, 2015, during which time the Debtors shall market and attempt to sell the Property;

IT IS FURTHER ORDERED that if on March 1, 2015 the Debtors have a pending contract to sell the Property they shall notify Wells Fargo of the pending close of escrow date, and Wells Fargo shall continue any pending foreclosure / trustee's sale of the Property until after the close of escrow date, to allow Wells Fargo to proceed with its foreclosure in the event the sale fails to close;

IT IS FURTHER ORDERED that Wells Fargo is released from its obligations under Rule 3002.1 Federal Rules of Bankruptcy Procedure to file supplements to its Proof of claim;

IT IS FURTHER ORDERED that Wells Fargo may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Wells Fargo may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert and/or in the event the Debtors file a subsequent bankruptcy case under any chapter of the United States Bankruptcy Code.

DATED AND SIGNED AS ABOVE.