# CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT

Case Number: 2:13-BK-129-DPC   Debtor(s) Name(s): ROBERT & JUDITH DIAMOND

Financial Report for: JUDITH DIAMOND  (month and year) FEB 2015

1. **INCOME.**
    - Gross Business Receipts / Sales                                    $ 0
    - Sales Taxes Collected                                              $ 0
    - **TOTAL INCOME.** ......................................... $ 0

2. **COSTS AND EXPENSES.**
    - Advertising & Promotion                                            $
    - Auto Fuel & Operations                                             $
    - Debt Payments by Corp. or LLC (do **not** incl. any debts included in the case or the plan payment):
        - (a) _____                                      $
        - (b) _____                                      $
        - (c) _____                                      $
    - Employee Benefits:
        - (a) Hospitalization & Medical                                   $
        - (b) Retirement                                                  $
        - (c) Other                                                       $
    - Insurance Premiums (fire, theft, liability, etc.)                  $
    - Inventory, Materials & Supplies                                    $
    - Legal & Accounting                                                 $
    - Maintenance & Repairs                                              $
    - Office Supplies                                                    $
    - Other Business Expenses (itemize):
        - (a) _____                                      $
        - (b) _____                                      $
    - Postage & Shipping                                                 $
    - Rent or Lease Expense for Business Location                        $
    - Salaries, Wages, Bonuses (gross amt., do **not** incl. owner's comp.) $
    - Taxes:
        - Employer's FICA (social security) contributions                 $
        - Sales Taxes                                                     $
        - Unemployment Taxes                                              $
    - Telephone & Utilities                                              $
    - Workers' Compensation Insurance                                    $
    - **TOTAL COSTS AND EXPENSES.** ............................. $ 0

3. **NET INCOME (LOSS).** (Total Income [#1] less Total Costs & Expenses [#2]. ........... $ 0

4. Total funds on hand and in bank account(s)     $ 0
5. Total value of inventory on hand (cost basis)   $ 0
6. Total accounts receivable                       $ 0
7. Total accounts payable                          $ 0

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: 3/15 , 20 15.

_Judith Diamond_
Debtor

_____
Debtor