SO ORDERED.

Dated: May 18, 2015

Daniel P. Collins, Chief Bankruptcy Judge

Dennis P. Brookshire SBN 025950
HYMSON GOLDSTEIN & PANTILIAT, PLLC
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
Telephone: 480-991-9077
bank@legalcounselors.com
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF ARIZONA

ROBERT DIAMOND and JUDITH DIAMOND,

Debtors.

Case No. 2:13-bk-12195-DPC

STIPULATED ORDER CONFIRMING FIRST CHAPTER 13 PLAN

The Chapter 13 First Plan ("Plan") having been properly noticed out to creditors and any objection to confirmation having been resolved,

**IT IS ORDERED** confirming the Plan of the Debtors as follows:

(A) **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

    (1) <u>Future Earnings or Income</u>. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|---|---|
| 1 – 12 | $250.00 |
| 13-24 | $350.00 |
| 25-36 | $550.00 |
| 37-48 | $650.00 |
| 49-54 | $850.00 |
| 55-60 | $1,400.00 |

The payments are due on or before the 15th day of each month commencing August 15, 2013. Debtors are advised that when

418120:1/19251-00:PD
1213518v1

*In re Robert & Judith Diamond*
*Case No. 2:13-bk-12195-DPC*

payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the plan is deemed complete.

The Debtors shall provide, directly to the Trustee copies of their **federal** and **state** income tax returns for post-petition years (2013 – 2017) within 30 days of filing them. The purpose is to assist the Trustee in determining any change in debtors' annual disposable income.

(2) <u>Other Property</u>. The Debtors shall provide, directly to the Trustee, their net federal and state income tax refunds for the years 2013 through 2017 as supplements to the plan. In the event that other property is submitted, it shall be treated as supplemental payments.

(B) **DURATION.** This Plan shall continue for 60 months from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate. In no event will the term of the Plan be reduced to less than 36 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified and paid as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. This Order does not allow claims. Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay secured creditors or allowed claims in the following order:

(1) <u>Administrative Expenses:</u>

<u>Attorney Fees.</u> Hymson, Goldstein & Pantiliat, PLLC shall be allowed total compensation of $3,200.00. Counsel received $2,000.00 prior to filing this case and will be paid $1,200.00 by the Chapter 13 Trustee.

(2) <u>Claims Secured by Real Property:</u>

Real Property located at 8108 E. Thorntree Drive, Scottsdale, AZ 85266 – Debtors' residence (Assessor Parcel No. 216-47-134)

2

418120:1/19251-00:PD
1213518v1

*In re Robert & Judith Diamond*
*Case No. 2:13-bk-12195-DPC*

HYMSON GOLDSTEIN & PANTILIAT, PLLC
Attorneys & Counselors
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
Telephone: 480-991-9077 / Facsimile: 480-443-8854

(a) JPMorgan Chase Bank, National Association, secured by a first deed of trust in the Debtors' residence, shall be paid the prepetition arrearage of $26,336.50 with 0% interest. Regular post-petition payments will be made directly by the Debtors to the secured creditor.

(b) Wells Fargo Bank, N.A., secured by a second deed of trust in the Debtors' residence shall be paid the prepetition arrearage of $1.12 with 0% interest. Regular post-petition payments will be made directly by the Debtors to the secured creditor.

The Debtors' residence is 8108 E. Thorntree Drive, Scottsdale, AZ 85266 and legally described as follows:

**Lot 10, Westland Estates, according to Book 451 of Maps, Page 50, records of Maricopa County, Arizona.**

**EXCEPT all minerals reserved by the United States of America disclosed in Patent from the State of Arizona. Subject to current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations and liabilities as may appear of record.**

(c) The Debtors' residence is currently on the market for sale at $650,000.00. The Debtors asserted and are entitled to a homestead exemption of $150,000.00 in this property. According to the proofs of claim filed by JP Morgan Chase Bank and Wells Fargo Bank, the Debtors owe a total of $519,446.00, including the pre-petition arrearages ($26,337.62) to be paid through the Plan. After reasonable costs of sale there is no non-exempt equity in this property. The net sale proceeds, i.e. the amount due to the seller at closing after the payment of liens, taxes, commissions, closing costs and other normal incidents of sale is approximately $80,940.00, which does not exceed the amount of homestead exemption to be paid to the Debtors. Any sales commission due to Debtor from the sale of the residence will be paid as a supplemental payment.

3

418120:1/19251-00:PD
1213518v1

*In re Robert & Judith Diamond*
*Case No. 2:13-bk-12195-DPC*

Case 2:13-bk-12195-DPC   Doc 140   Filed 05/18/15   Entered 05/18/15 17:35:32   Desc
Main Document   Page 3 of 5

HYMSON GOLDSTEIN & PANTILIAT, PLLC
Attorneys & Counselors
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
Telephone: 480-991-9077 / Facsimile: 480-443-8854

418120:1/19251-00:PD
1213518v1

*In re Robert & Judith Diamond*
*Case No. 2:13-bk-12195-DPC*

Case 2:13-bk-12195-DPC   Doc 140   Filed 05/18/15   Entered 05/18/15 17:35:32   Desc
Main Document   Page 3 of 5

(3) <u>Claims Secured by Personal Property:</u>

    (a) The Debtors assume the lease for 2011 Toyota Venza and will continue to make monthly lease payments directly to Toyota Financial Services. See paragraph 5.
    (b) The Debtors surrendered the 2010 Toyota Prius to Toyota Financial Services. See paragraph 5.

(4) <u>Unsecured Priority Claims:</u>

The Internal Revenue Service shall be paid an unsecured priority claim of $3,049.08 with no interest for 2012 tax debt.

(5) <u>Surrendered Property:</u>

Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor.

Debtors surrendered the 2010 Toyota Prius to Toyota Financial Services and will surrender the 2011 Toyota Venza upon the expiration of the lease in 2016.

Toyota Financial Services have secured liens on both vehicles.

(6) <u>Other Provisions:</u>
None.

(7) <u>Unsecured Non-priority Claims:</u>

Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. Allowed unsecured claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining upon completion of the Plan may be discharged as provided in 11 U.S.C. § 1328.

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtor upon

4

*In re Robert & Judith Diamond*
Case No. 2:13-bk-12195-DPC
Case 2:13-bk-12195-DPC    Doc 140    Filed 05/18/15    Entered 05/18/15 17:35:32    Desc
Main Document    Page 4 of 5

confirmation, subject to the rights of the Trustee to assert a claim to any additional property of the estate pursuant to 11 U.S.C. § 1306.

**ORDER SIGNED ABOVE**

Approved as to Form and Content By:



Russell Brown
2015.05.13
14:10:59 -07'00'

_____
Russell Brown, Trustee

_____
Dennis P. Brookshire,
Of Attorney for Debtors

The Debtors certify: All required State and Federal income tax returns have been filed. No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

Robert Diamond 3/19/2015
_____
Robert Diamond

Judith Diamond 3/19/2015
_____
Judith Diamond

HYMSON GOLDSTEIN & PANTILIAT, PLLC
Attorneys & Counselors
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
Telephone: 480-991-9077 / Facsimile: 480-443-8854

418120:1/19251-00:PD
1213518v1

5

*In re Robert & Judith Diamond*
*Case No. 2:13-bk-12195-DPC*